# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| YASMANY A., <br><br> Petitioner, <br><br> v. <br><br> CROW WING COUNTY JAIL, et al., <br><br> Respondents. | Case No. 26-cv-01251-SRB-LIB |

## ORDER

On March 5, 2026, Petitioner filed a notice with the Court that "[t]he government of Cuba refuses to issue travel documents for the Petitioner or to accept repatriation" so his "removal is not foreseeable" and "his indefinite detention is violating his constitutional rights." (Doc. #10, p. 1.) Petitioner also provides that he has not received any correspondence in this case since February 23, 2026, so it appears he has not received the Government's opposition to his Petition. The Court hereby ORDERS the Government to respond to the issues raised in Petitioner's notice on or before March 13, 2026.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: March 9, 2026